Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
ERNEST CUADRA on behalf of himself and others
similarly situated.

*Counsel information continues in next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CUADRA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>DEFENDANTS. | Case No.: 3:20-cv-02089-RS<br><br>**JOINT REPORT RE DISCUSSING PROSPECT OF CASE RESOLUTION**<br><br>Before Hon. Richard Seeborg, United States District Judge |

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report. (ECF No. 16.) The parties engaged in a meet and confer on June 4, 2020 to discuss the possibility of settlement. The result of the meet and confer was as follows:

___ The case settled, and the parties will submit a filing to this effect within the next 30 days.

___ Although the case did not settle, the parties made meaningful progress toward settlement and therefore request the opportunity to engage in additional ADR. Specifically, the parties request the following:

√ Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

Dated: June 17, 2020  **LAVI & EBRAHIMIAN, LLP**

By: /s/ Jordan D. Bello
Joseph Lavi, Esq.
Jordan D. Bello, Esq.
Attorneys for PLAINTIFF
ERNEST CUADRA

Dated: June 17, 2020  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Melis Atalay
Evan R. Moses, Esq.
Alexander M. Chemers, Esq.
Melis Atalay, Esq.
Attorneys for DEFENDANT
FEDEX GROUND PACKAGE SYSTEM, INC.

43171167.1

JOINT REPORT RE DISCUSSING PROSPECT OF CASE RESOLUTION;
CASE NO. 3:20-cv-02089-RS
3