EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

*Counsel information continues on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CUADRA on behalf of himself and others similarly situated. | Case No.: 3:20-cv-02089-RS |
| PLAINTIFF, | **ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTION 1404(A)** |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., et al., | |
| DEFENDANTS. | Before Hon. Richard Seeborg, United States District Judge |

Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
Law Offices of Sahag Majarian II
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff
ERNEST CUADRA

**ORDER**

The Court having reviewed the Joint Stipulation filed by plaintiff Ernest Cuadra ("Plaintiff") and defendant FedEx Ground Package System, Inc. ("Defendant") to Transfer Venue to the United States District Court for the Central District of California, the Court ORDERS the following:

1. This Action is hereby transferred to the United States District Court for the Central District of California; and

2. The Scheduling Conference scheduled for August 27, 2020 is vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/18/2020

_____
Honorable Richard Seeborg
United States District Judge

43823201.1

ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE CASE NO.
3:20-cv-02089-RS
3